1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JERI SANDERS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>EUREKA COUNTY, a political subdivision of the State of Nevada; JESSE J. WATTS, in his official and individual capacity as Eureka County Sheriff,<br><br>　　　　Defendants. | Case No.: 3:22-cv-00190-ART-CLB<br><br>**ORDER APPROVING STIPULATION FOR ENLARGEMENT OF TIME**<br><br>**For Defendant Jesse Watts to file a Reply Brief in Support of His Motion to Dismiss**<br><br>**(First Request)** |

  The parties to this action, by and through their undersigned counsel of record, hereby stipulate that Defendant Jesse Watts ("Defendant") may have a one (1)-week extension of time, **through and including Tuesday, September 27, 2022**, to file a Reply Brief in support of his Motion to Dismiss for Failure to State a Claim [ECF No. 12]. This is the first request for such an extension. The original deadline to file this reply brief is Tuesday, September 20, 2022. Plaintiff's Opposition to the underlying Motion to Dismiss includes extensive case citations and factual assertions and is 239 pages in length, including exhibits. *See* Plaintiff's Opposition to Motion to Dismiss [ECF No. 20].

/ / /

/ / /

/ / /

/ / /

{06738348 / 1}

As such, Defendant respectfully requests additional time to substantively review the exhibits and caselaw contained therein and prepare a reply brief in response thereto.

DATED 19th day of September, 2022.

**MESSNER REEVES LLP**

*/s/ Michael M. Edwards*
MICHAEL M. EDWARDS, ESQ.
Nevada Bar No. 6281
STEPHANIE D. BEDKER ESQ.
Nevada Bar No. 14169
8945 W. Russell Road, Suite 300
Las Vegas, Nevada  89148
*Attorneys for Defendant Jesse J. Watts*

DATED 19th day of September, 2022.

**THE GEDDES LAW FIRM, P.C.**

*/s/ William J. Geddes*
WIILIAM J. GEDDES, ESQ.
Nevada Bar No. 6984
1575 Delucchi Lane, Suite 206
Reno, NV 89502
*Attorney for Plaintiff Jeri Sanders*

**ORDER**

DATED: September 20, 2022

IT IS SO ORDERED.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE