**UNITED STATE DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JERI SANDERS,<br><br>                Plaintiff,<br><br>vs.<br><br>EUREKA COUNTY, a political subdivision of the State of Nevada; JESSE J. WATTS, in his official and individual capacity as Eureka County Sheriff,<br><br>                Defendants. | CASE NO.: 3:22-cv-00190-ART-CLB<br><br>**ORDER APPROVING**<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

COMES NOW Plaintiff, JERI SANDERS, and Defendants EUREKA COUNTY and JESSE J. WATTS, by and through their undersigned attorneys of record, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that the above-entitled matter be dismissed with prejudice in its entirety, with each party to bear their own costs and attorney's fees.

Dated this 24th day of October, 2022.　　　　　Dated this 24th day of October, 2022.

THE GEDDES LAW FIRM, P.C.　　　　　　　　MESSNER REEVES LLP

By: _/s/ William Geddes_　　　　　　　　　　　By: _/s/ Stephanie Bedker_
     WILLIAM J. GEDDES, ESQ.　　　　　　　　　     MICHAEL EDWARDS, ESQ.
     KRISTEN R. GEDDES, ESQ.　　　　　　　　　     STEPHANIE D. BEDKER, ESQ.
     1575 Delucchi Lane, Suite 206　　　　　　　　     8945 W. Russell Road, Suite 300
     Reno, NV  89502　　　　　　　　　　　　　     Las Vegas, NV  89148
     Attorneys for Plaintiff　　　　　　　　　　　　     Attorneys for Defendant
     JERI SANDERS　　　　　　　　　　　　　　     JESSE WATTS

Dated this 24th day of October, 2022.

THORNDAL ARMSTRONG
DELK BALKENBUSH & EISINGER

By:   */s/ Katherine Parks*
       KATHERINE F. PARKS, ESQ.
       State Bar. No. 6227
       6590 S. McCarran Blvd, Suite B
       Reno, NV 89509
       Attorney for Defendant
       EUREKA COUNTY

**ORDER**

IT IS SO ORDERED.

DATED: This 27th day of October, 2022.

_____
ANNE R. TRAUM
DISTRICT COURT JUDGE